*E-Filed 6/29/10*

CHRISTIAN L. RAISNER, Bar No. 133839
EMILY P. RICH, Bar No. 168735
JORDAN D. MAZUR, Bar No. 257899
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Appellant Carpenters Pension
Trust Fund for Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Appellant,<br><br>   v.<br><br>MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY,<br><br>        Appellee. | No.   3:10 CV 00756 RS<br><br>**ORDER EXTENDING TIME TO FILE REPLY BRIEF**<br><br>[<br><br>Judge:  The Honorable Richard Seeborg |

Pursuant to the Stipulation of the parties and good cause appearing therefore, it is hereby ordered that Appellant's reply brief shall be electronically filed on or before Monday, July 12, 2010.

Dated: 6/29/10

*/s/ Richard Seeborg*
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

124030/577957

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

ORDER EXTENDING TIME TO FILE REPLY BRIEF        3:10 CV 00756 RS